United States District Court
Southern District of Texas
**ENTERED**
May 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MYADVERTISINGPAYS (MAP) LIMITED, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-3541 |
| VX GATEWAY, INC., *et al.*, | § § | |
| Defendants. | § | |

# FINAL ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that the Motion to Dismiss [Doc. # 48] filed by Defendants VX Gateway Corp., VX Gateway, Inc., VX Gateway Limited, Celia Dunlop, and Timothy Mackay is **GRANTED** to the extent that this case is **DISMISSED** in favor of arbitration in Panama pursuant to ¶ 18.7 of the Merchant Service Agreement.

SIGNED at Houston, Texas, this **16th** day of **May, 2017**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE